## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Arthur Alan Wolk, Philip Browndies,   :
and Catherine Marchand             :
                                :
           v.              :     No. 1465 C.D. 2016
                                :
The School District of Lower Merion,  :
               Appellant      :

## **O R D E R**

NOW, June 19, 2017, having considered appellant's application for reargument and appellees' answer in response thereto, the application is denied.

 

                                     _____

                                     MARY HANNAH LEAVITT,
                                     President Judge